UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CHRISTINE SARACENI,

                    Plaintiff,

                                                    **NOTICE OF APPEAL**

          v.
                                                    **Case No.: 19-cv-1152**

M&T BANK CORPORATION,

                    Defendant.

          Notice is hereby given that Plaintiff Christine Saraceni appeals to the United States Court of Appeals for the Second Circuit from the Order dated and filed on September 27, 2019 (ECF No. 17), which granted the motion to seal made by Defendant M&T Bank Corporation on September 26, 2019 (ECF No. 16), and from each and every part thereof. This is an interlocutory appeal brought under the authority of *Lugosch III v. Pyramid Co. of Onondaga*, 435 F. 3d 110 (2d Cir. 2006).

DATED:     October 3, 2019
           Buffalo, New York

                              HAGERTY & BRADY

                              */s/ Daniel J. Brady*
                              Daniel J. Brady
                              Attorneys for Plaintiff
                              69 Delaware Ave. Suite 1010
                              Buffalo N.Y. 14202
                              (716) 856-9443 office
                              (716) 856-0511 fax
                              dbrady@hagerty-brady.com