UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTINE SARACENI,

                Plaintiff,

v.                                                Case No.: 19-CV-1152

M&T BANK CORPORATION,

                Defendant.
_____

## NOTICE OF MOTION TO SHORTEN TIME ON M&T'S MOTION TO SEAL

| | |
|---|---|
| Moving Party: | M&T Bank Corporation. |
| Directed To: | Plaintiff. |
| Date and Time: | As soon as the motion can be heard. |
| Place: | Hon. Lawrence J. Vilardo<br>Robert H. Jackson United States Courthouse<br>2 Niagara Square, Buffalo, New York |
| Supporting Papers: | Declaration of Jodyann Galvin, Esq. dated October 9, 2019. |
| Relief Requested: | Shortening time on motion to seal to be consistent with this Court's Order [Dkt. No. 26] setting opposition for October 16, 2019, reply for October 18, 2019, and argument for October 28, 2019 at 10:30 a.m. |

- 1 -

Dated: October 9, 2019

                         **HODGSON RUSS LLP**
                         *Attorneys for Defendant M&T Bank Corporation*

                         By:   s/Jodyann Galvin
                                 Jodyann Galvin
                                 Martha Pigott
                         The Guaranty Building
                         140 Pearl Street, Suite 100
                         Buffalo, New York 14202-4040
                         (716) 856-4000
                         *jgalvin@hodgsonruss.com*
                         *mpigott@hodgsonruss.com*