UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTINE SARACENI,

                Plaintiff,

v.                                                    Case No.: 19-CV-1152

M&T BANK CORPORATION,

                Defendant.

---

## NOTICE OF MOTION TO SHORTEN TIME ON M&T'S CROSS-MOTION FOR A PRELIMINARY INJUNCTION

| | |
|---|---|
| Moving Party: | M&T Bank Corporation. |
| Directed To: | Plaintiff. |
| Date and Time: | As soon as the motion can be heard. |
| Place: | Hon. Lawrence J. Vilardo<br>Robert H. Jackson United States Courthouse<br>2 Niagara Square, Buffalo, New York |
| Supporting Papers: | Declaration of Jodyann Galvin, Esq., dated October 9, 2019. |
| Relief Requested: | Shortening of time for opposition and reply by M&T on its cross-motion for a preliminary injunction, setting plaintiff's opposition for October 16, 2019 and M&T's reply, if any, to October 22, 2019. |
| Oral Argument: | Not requested. |

Dated: October 9, 2019

                             **HODGSON RUSS LLP**
                             *Attorneys for Defendant M&T Bank Corporation*

                             By:    s/Jodyann Galvin
                                     Jodyann Galvin
                                     Martha Pigott
                           The Guaranty Building
                         140 Pearl Street, Suite 100
                         Buffalo, New York 14202-4040
                         (716) 856-4000
                         *jgalvin@hodgsonruss.com*
                         *mpigott@hodgsonruss.com*