UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CHRISTINE SARACENI

                    Plaintiff(s),

                                        ***MEDIATION***
                                        ***CERTIFICATION***

                                        __19__ - cv - __01152__

            v.

M&T BANK CORPORATION

                    Defendant(s).

_____

    I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on _____6/18/20_____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☑ *Case has not settled.* Mediation is complete. The case will proceed toward trial
       pursuant to the Court's scheduling order.

*Date:* 06/19/2020 _____        *Mediator: /S/* __Erika N.D. Stanat_____

*Additional Comments:*
_____
_____
_____

    Print            Clear Form