UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CHRISTINE SARACENI,

                                      NOTICE OF MOTION
                                      FOR ORDER
                                      PROHIBITING FURTHER
                                      EVIDENCE DESTRUCTION
                                      BY DEFENDANT
                                      Case No.: 19-CV-1152

M&T BANK CORPORATION,

        Defendant.

| | |
|---|---|
| **MOVING PARTY:** | Plaintiff CHRISTINE SARACENI ("Plaintiff"). |
| **DIRECTED TO:** | Defendant M&T Bank Corporation ("Defendant"). |
| **DATE, TIME & PLACE OF HEARING:** | On a date and time and to be set by the Court, before the Hon. Jeremiah J. McCarthy. |
| **SUPPORTING PAPERS:** | Declaration of Michael A. Brady, Esq., dated January 13, 2021, with attached Exhibits. |
| **GROUNDS FOR RELIEF:** | This Court's inherent authority. |
| **RELIEF REQUESTED:** | An Order of this Court prohibiting Defendant M&T Bank Corporation, |

1

its employees and agents, from engaging in any further destruction of documents, electronic files, or other evidence which may be potentially relevant to this lawsuit and from counseling, requesting or instructing any potential witness to destroy or alter potentially relevant evidence, as well as any other relief as this Court deems appropriate.

**ORAL ARGUMENT:** Oral argument is requested.

DATED: January 13, 2021
Buffalo, NY

_/s/ Michael A. Brady_
Michael A. Brady, Esq.
Daniel J. Brady, Esq.
HAGERTY & BRADY
69 Delaware Ave. Suite 1010
Buffalo N.Y. 14202
(716) 856-9443 office
(716) 856-0511 fax
dbrady@hagerty-brady.com

Attorneys for Plaintiff Christine Saraceni

TO: Jodyann Galvin, Esq.
Pauline Muto, Esq.
Hodgson Russ LLP
Attys. for Defendant
M&T Bank Corporation
Buffalo, NY 14202-4040