# EXHBIT D

# TO BE SUBMITTED UNDER SEAL PENDING COURT RULING