# EXHIBIT E

From: "Frank, Meghan" <mmfrank@mtb.com>
Subject: Data Destruction Certificate Request
Date: October 10, 2019 at 12:02:21 PM EDT
To: "rdowns1372@gmail.com" <rdowns1372@gmail.com>

Hi Dick,

As discussed over the phone, please find a data destruction certificate attached for your execution. After separating from the Bank, we conducted an email review and found instances where you sent customer documents, containing customer information from your personal email address to your M&T email.

Please complete and send back the data destruction certificate to me, as soon as possible. Please let me know if you have any questions.

Thank you,
**Meghan Frank, PHR; SHRM-CP**
Vice President | M&T Bank
Human Resources | Senior Employee Relations Specialist
80 Holtz Drive, Cheektowaga, NY 14225
716-840-7995
mmfrank@mtb.com | mtb.com

**This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender immediately and destroy the material in**

its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information. There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.

## **CERTIFICATE OF DESTRUCTION**

I, Richard Downs, former employee at M&T Bank on this _____ day of _____, 20___, certify that as of _____ _____, 20___, I have permanently deleted, except as provided below with respect to any system back-up, all emails and associated electronic files containing proprietary and/or customer information of M&T Bank or M&T Bank's affiliates, or any of their respective vendors or customers, (collectively referred to hereafter as "Email Correspondence") that I received in my email account, rdowns1372@gmail.com, from April 2019 through July 2019, from my former M&T email address RDowns@mtb.com.

I further certify that I was the only person who accessed the Email Correspondence, and the Email Correspondence was not saved, printed, reproduced, forwarded, or otherwise shared with anyone else except as expressly stated in this Certificate. Additionally, I have not used, and will not use, the Email Correspondence or any information that could be gleaned from the Email Correspondence for any purpose whatsoever.

I understand that I am signing and delivering this Certificate at the request of M&T Bank, Buffalo, New York and that they will be relying upon such Certificate in relation to their inquiry into the above-described transmittal of the Email Correspondence.


By:_____ (Sign Name)


Name:_____ (Print Name)