# EXHIBIT F

Message

| | |
|---|---|
| From: | O'Neill, James [joneill@mtb.com] |
| Sent: | 10/9/2019 8:15:00 AM |
| To: | Salman, Arthur [asalman@mtb.com] |
| CC: | Frank, Meghan [mmfrank@mtb.com] |
| BCC: | O'Neill, James [joneill@mtb.com]; jeff oneill [joneill@mtb.com] |
| Subject: | FW: Reverse Mortgage Data Breach Incident |

Arthur,

This relates to the Saraceni matter. Meghan will be requesting data destruction certificates from five former employees, but with no impact to severance. Unless you have any concerns, I will have Meghan proceed.

Thanks.

Jim

From: Frank, Meghan
Sent: Tuesday, October 8, 2019 5:15 PM
To: O'Neill, James <joneill@mtb.com>
Subject: Reverse Mortgage Data Breach Incident

Hi Jim,

I am progressing to the data destruction certificate portion of data breach involving the Reverse Mortgage team. I will need to contact the five former employees and ask them to execute a data destruction certificate. We have previously reviewed and confirmed that we are not intending to impact their severance benefits, but I wanted to check given the Saraceni matter, to ensure I proceed appropriately.

Please let me know if you have any reservations or concerns about me contacting these former employees at this time.

Thank you,
**Meghan Frank, PHR; SHRM-CP**
Vice President | M&T Bank
Human Resources | Senior Employee Relations Specialist
80 Holtz Drive, Cheektowaga, NY 14225
716-840-7995
mmfrank@mtb.com | mtb.com